United States District Court

Eastern District of Louisiana

Jefferson Parish of

v.                                          CIVIL ACTION NO. 2:00-cv-00338
                                                                    C(5)
Metal Roofing


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, February 3, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -2  P 3:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PARISH OF JEFFERSON | : | CIVIL ACTION NO. _____ |
| | | **00-0338** |
| VERSUS | : | DISTRICT JUDGE **SECT. C MAG. 5** |
| METAL ROOFING SPECIALTIES, INC., MARK HOCKMAN, and WCI STEEL, INC. | : | MAGISTRATE JUDGE |

FILED:_____              _____
                                                      DEPUTY CLERK

## NOTICE OF REMOVAL

Defendant, WCI STEEL, INC., files this Notice of Removal of this cause from the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon the fact that there is diversity of citizenship between the parties; and the amount in controversy exceeds the federal jurisdictional amount, exclusive of interest and costs.

I.

This case was commenced in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, on November 5, 1999; however, plaintiff did not request service and did not inform defendants of said suit until January 24, 2000 as evidenced by plaintiff's counsel letter attached hereto. Pursuant to 28 U.S.C. 1446(a), copies of all process, pleadings and all Orders of the Court in the state action are attached hereto.

### II.

This is a civil action for alleged redhibition and breach of warranty regarding the Jefferson Parish library's roof located at 4747 West Napoleon Avenue, Metairie, Louisiana.

### III.

Plaintiff, the Parish of Jefferson, is a citizen of the State of Louisiana.

### IV.

Defendants, Metal Roofing Specialties and WCI Steel, Inc., are foreign corporations with their principal places of business in Pennsylvania and Ohio, respectively. Defendant, Mark Hockman, is a natural person who resides in Pennsylvania. (Paragraph 1 of Petition)

### V.

Given that there is complete diversity among the parties and plaintiff's damages-if successful-are in excess of $75,000.00 (i.e. plaintiff is requesting the return of the purchase price of the roof, compensation for the repair and replacement of the roof and attorney fees), this Court has original jurisdiction under the provisions of 28 U.S.C. 1332. Therefore, this case may be removed to the United States District Court for the Eastern District of Louisiana pursuant to the provisions of 28 U.S.C. 1441.

### VI.

This Notice of Removal is filed within thirty (30) days of defendant's receipt of said petition and of service being requested by plaintiff. The defendants have not filed any pleadings in this case in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, prior to filing this Notice of Removal. As such, defendant has complied with the Federal Rules of Civil Procedure.

## VII.

Promptly after the filing of this Notice of Removal, written notice of such is being given by the defendant to the plaintiff and all parties and a copy of this Notice of Removal is being filed with the Clerk of the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, in accordance with the law.

**WHEREFORE**, WCI Steel, Inc., prays for removal of the above captioned cause from the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, to this Honorable Court for all further proceedings.

RESPECTFULLY SUBMITTED,

UNGARINO & ECKERT

_____
BRENT M. MAGGIO #19959
1280 LAKEWAY TWO
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
(504) 836-7545

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing a copy of same in the United States Mail, postage prepaid, and properly addressed this __2__ day of February, 2000.

_____
BRENT M. MAGGIO