

MINUTE ENTRY
BERRIGAN, J.
FEBRUARY 8, 2000

| | |
|---|---|
| PARISH OF JEFFERSON | CIVIL ACTION |
| VERSUS | NO. 00-338 |
| METAL ROOFING SPECIALTIES, INC., ET AL | SECTION "C" |

IT IS ORDERED that the parties shall submit memoranda directed to the following issue no later than February 29, 2000:

Did the minimum jurisdictional amount exist at the time this action was removed?

DATE OF ENTRY  FEB - 7 2000