

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
MARCH 22, 2000

00-338

    IT IS ORDERED that the following motions set for hearing on March 29, 2000, will be considered on the briefs.

| | |
|---|---|
| CR97-238 | UNITED STATES OF AMERICA V JOHN A. BERGLIN<br>Motion by John A. Berglin to modify conditions of probation (20) |
| 98-1792<br>c/w<br>98-2102 | CARL BERNOFSKY V THE ADMINISTRATORS OF THE TULANE EDUCATION FUND<br>Motion by The Administrators of the Tulane Educational Fund for summary judgment (72) |
| 99-2200 | MICHAEL CHAUVIN, ETC., ET AL V SHERIFF HARRY LEE, ETC., ET AL<br>Motion by Michael Chauvin and Velma Chauvin to continue trial (23) |
| 00-0083 | CHERI MOORE V J.C. PENNEY COMPANY, INC., ET AL<br>Motion by J.C. Penney Company, Inc. and Liberty Mutual Insurance Company for rehearing on the order of remand entered on 2/23/00 (9) |

DATE OF ENTRY
MAR 2 3 2000

\_\_Fee\_\_
\_\_Process\_\_
X Dktd
\_\_CtRmDep\_\_
\_\_Doc.No.\_\_

DATE OF ENTRY _____

00-0338) PARISH OF JEFFERSON V METAL ROOFING SPECIALTIES, INC., ET AL

Motion by Parish of Jefferson to remand to the 24th Judicial District Court for the Parish of Jefferson (8)

March 23, 2000

*Lansing L. Mitchell*
UNITED STATES DISTRICT JUDGE