

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 27 P 3: 27

LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PARISH OF JEFFERSON | * | CIVIL ACTION NO. 00-338 |
| | * | |
| VERSUS | * | DISTRICT JUDGE "C" |
| | * | |
| METAL ROOFING SPECIALTIES, INC., | * | MAGISTRATE JUDGE "5" |
| MARK HOCKMAN, and | * | |
| WCI STEEL, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE REPLY
### TO WCI'S OPPOSITION TO REMAND MOTION

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, the Parish of Jefferson, who moves this Honorable Court for leave to file its Reply to WCI's Opposition to Remand Motion.

Respectfully submitted,

_C. K. Tankersley_
BRUCE D. BURGLASS, JR. (4112)
CHRISTOPHER K. TANKERSLEY (19176)
STEPHEN J. MOORE (23871)
BURGLASS & ASSOCIATES, L.L.C.
Two Lakeway Center • Suite 1240
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-2220
Attorneys for the Parish of Jefferson

DATE OF ENTRY

MAR 3 1 2000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by hand or by United States Mail, postage prepaid, this 27th day of March, 2000.

                                                                                 C. K. Tankersley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PARISH OF JEFFERSON | * | CIVIL ACTION NO. 00-338 |
| | * | |
| VERSUS | * | DISTRICT JUDGE "C" |
| | * | |
| METAL ROOFING SPECIALTIES, INC., | * | MAGISTRATE JUDGE "5" |
| MARK HOCKMAN, and | * | |
| WCI STEEL, INC. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff, the Parish of Jefferson, be and is hereby granted leave to file its Reply to the Opposition to Remand Motion filed on behalf of defendant WCI Steel, Inc..

New Orleans, Louisiana, this 30th day of March, 2000.

_Lansing L. Mitchell_
U.S. District Judge